IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
JAN 1 3 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE MATTER OF
WILLIAM H. WEILAND

MISC. NO. 2:26-mc-00001

**STATEMENT OF ASSISTANT UNITED STATES ATTORNEY
PURSUANT TO LOCAL RULE OF CRIMINAL PROCEDURE 44.1(c)**

Pursuant to Rule 44.1(c) of the Local Rules of Criminal Procedure, effective June 8, 2017, Assistant United States Attorney William H. Weiland herewith files the following information as an Assistant United States Attorney under the sponsorship of Moore Capito, United States Attorney for the Southern District of West Virginia, and a permanent member of the Bar of this Court:

**Appointment as Assistant United States Attorney.** William H. Weiland appointed as an Assistant United States Attorney in the Southern District of West Virginia on or about December 14, 2025. He is currently assigned to the United States Attorney's Office located at 300 Virginia Street, East, Room 4000, Charleston, West Virginia.

**Bar Information.** William H. Weiland is an active member in good standing with the Board of Bar Overseers for the Commonwealth of Massachusetts. He was admitted to practice law in Massachusetts on January 21, 2005. His bar number is 661433.

Sponsoring Attorney:

_____
Moore Capito
United Sates Attorney
300 Virginia Street, East – Room 4000
Charleston, West Virginia 25301

Sponsored Assistant U.S. Attorney

_____
William H. Weiland
Assistant United States Attorney
300 Virginia Street, East, Room 4000
Charleston, West Virginia 25301